MAGISTRATE JUDGE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br><br>RUADHRI MCCORMICK,<br><br>Defendant. | NO. 2:26-cr-00131-KKE<br><br><br>WAIVER OF INDICTMENT |

I, RUADHRI MCCORMICK, having been advised of the nature of the charge and that it is punishable by imprisonment for a term exceeding one year, and having been advised of my right to prosecution by Indictment pursuant to Rule 7(a) of the Federal Rules of Criminal Procedure; having been advised that pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure I may waive prosecution by Indictment and may be prosecuted by Information, do knowingly, and with advice of counsel, waive in open court my right to be prosecuted by Indictment and do hereby consent to prosecution by Information.

//

//

Waiver of Indictment - 1
*United States v. McCormick*, CR26-00131KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated this 27th day of July, 2026.

RUADHRI MCCORMICK
Defendant

JOHN COLVIN
Attorney for Defendant

LAUREN WATTS STANIAR
Assistant United States Attorney

Approved:

S. KATE VAUGHAN
United States Magistrate Judge

Waiver of Indictment - 2
*United States v. McCormick*, CR26-00131KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970