MAGISTRATE JUDGE S. KATE VAUGHAN

_____ FILED  _____ ENTERED
_____ LODGED  _____ RECEIVED

JUL 27 2026

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
                                    DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUADHRI MCCORMICK,<br><br>Defendant. | NO.  2:26-cr-00131-KKE<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge.  I hereby declare my intention to enter a plea of guilty to the charge contained in Count 1 of the Information  in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

//

//

//

//

Consent To Rule 11 Plea - 1
*United States v. McCormick*, CR26-131KKE

I understand that if the United States Magistrate Judge issues a report and recommendation recommending that my plea be accepted, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 27th day of July, 2026.

RUADHRI MCCORMICK
Defendant

JOHN COLVIN
Attorney for Defendant

APPROVED:

LAUREN WATTS STANIAR
Assistant United States Attorney

Consent To Rule 11 Plea - 2
*United States v. McCormick*, CR26-131KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970