MAGISTRATE JUDGE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUADHRI MCCORMICK,<br><br>Defendant. | NO.  2:26-cr-00131-KKE<br><br>REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the charge contained in Count 1 of the Information. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offenses.

//

//

//

//

Report and Recommendation - 1
*United States v. McCormick*, CR26-131KKE

I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 27 day of July, 2026.

_____
HONORABLE S. KATE VAUGHAN
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

Report and Recommendation - 2
*United States v. McCormick*, CR26-131KKE