The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUADHRI MCCORMICK,<br>Defendant. | NO. 2:26-cr-00131-KKE<br>**DECLARATION OF LAUREN WATTS STANIAR IN SUPPORT OF GOVERNMENT'S SENTENCING MEMORANDUM** |

I, Lauren Watts Staniar, declare and state as follows:

1. I am an Assistant United States Attorney and counsel for the government in the above-captioned case. I make this declaration in support of the government's sentencing memorandum, filed concurrently herewith.

2. Attached as **Exhibit A** is a true and correct copy of an account profile for a Key Bank account with the last four digits of X5663, which the government received from Key Bank as part of its investigation;

3. Attached as **Exhibit B** is a true and correct copy of a Memorandum of Interview provided to me by the IRS, with the witness's name partially redacted for privacy purposes;



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. Attached as **Exhibit C** are true and correct copies of two Memoranda of Interviews, and relevant attachments, provided to me by the IRS, with the witness's names and personally identifying information redacted for privacy purposes;

5. Attached as **Exhibit D** is a true and correct copy of a W2 tax form, which the government obtained from ADP, with the taxpayer's name and personally identifying information redacted;

6. Attached as **Exhibit E** is a true and correct copy of an email, which the government obtained as part of a search warrant in the underlying investigation, with redactions for privacy;

7. Attached as **Exhibit F** is a true and correct copy of an email, which the government obtained as part of a search warrant in the underlying investigation, with redactions for privacy;

8. Attached as **Exhibit G** is a true and correct copy of a chart titled Summary of Disposition of Funds / Single Shot LLC, which was prepared by the IRS for the underlying investigation;

9. Attached as **Exhibit H** is a true and correct copy of a Memorandum of Interview, which the IRS provided me as part of the investigation.

I make this declaration under penalty of perjury. The statements herein are true and correct to the best of my knowledge.

DATED this 19th day of October, 2026.

*/s/ Lauren Watts Staniar*
LAUREN WATTS STANIAR
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# Exhibit A

```
HCIT               _____ ACPR 2 CIS ACCOUNT/PRODUCT PROFILE      26/04/10 14.07.02
MENU       CO  4731 OP                  MS 64000 ACTION SUCCESSFUL
ACTION: INQ    (INQ NXT NXTCUS NXTACR NXTRMK ACDT ACDE)
COID  4731 PRD DDA ACCT    [redacted] 566 3      SSN/TID 465001769   CD 1 LINE 0
T SINGLE SHOT LLC                                BALANCE                6,805.68
A 611 SUMMIT AVE E                                  SUB-PRD 68 ST 99  CURR
C SEATTLE WA 98102-4821                             COST CTR  6916147 BRN    255
                                                    OPENED    1190225
                                                    CLOSED
                                                    LST MNT   1260224 EMP?     N
                                            CNTRY                     SENS     0
                                                                      LANG
ACTN: CUPR CUID CUMN AEPR  R E L A T E D   C U S T O M E R S          NEXT:    1
SEQ- COID- CUSTOMER-------------------------------- TIE- REL----- APSP OWNER  %
0001  4731 RUADHRI C MCCORMICK                         1 SIGNER   NNN  100.0000
0002  4731 *SINGLE SHOT LLC                            1 NON-INDI NNN  100.0000
[redacted]
```

# Exhibit B

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000326820 | **Location:** | **915 2nd Avenue Seattle, WA** |
| **Investigation Name:** | MCCORMICK, RUADHRI | | |
| **Date:** | September 9, 2024 | | |
| **Time:** | Approximately 11:12 A.M. – 12:05 P.M. | | |
| **Participant(s):** | [redacted], Witness<br>Sergiu Prisacari, Special Agent<br>Joe Lopez, Special Agent | | |

On the above date and approximate time [redacted] came to the Seattle Field Office of the Internal Revenue Service – Criminal Investigation (IRS-CI). Special Agent Sergiu Prisacari (SA Prisacari) and Special Agent Joe Lopez (SA Lopez) interviewed [redacted]. Agents introduced themselves as special agents with the IRS-CI and displayed their credentials for inspection. SA Prisacari informed [redacted] that the interview was in connection to a criminal investigation of SINGLE SHOT owned by RUADHRI MCCORMICK (MCCORMICK) and that she is not the subject of the investigation. [redacted] agreed to speak with the agents and voluntarily provided or confirmed the following:

1. [redacted] confirmed her date of birth, address, and her social security. [redacted] received a bachelor's degree in economics from Seattle University and is a Certified Management Accountant.

2. [redacted] and MCCORMICK are not related and have a business relationship. does not own any portion of MCCORMICK's businesses.

3. [redacted] provides accounting and bookkeeping services for 12 clients. She has been involved with SINGLE SHOT since about 2015 when MCCORMICK opened the restaurant. [redacted] MCCORMICK is the sole owner and operator of SINGLE SHOT.

4. [redacted] files quarterly reports for SINGLE SHOT to: Washington State Department of Revenue, City of Seattle, Washington State's Employment Security Department, and Washington Labor and Industries.

5. [redacted] has online access to SINGLE SHOT's point of sale system, and its payroll system and downloads the sales and employee payroll information to file the quarterly reports mentioned above.

6. [redacted] receives about $200 per month for the work she performs for SINGLE SHOT.

7. SINGLE SHOT uses ADP payroll processing and QuickBooks for its bookkeeping needs. [redacted] helped setup these accounts as SINGLE SHOT opened.

8. SINGLE SHOT banks with Key Bank. [redacted] has access to the SINGLE SHOT bank account, however, she is not a signatory on the account.

9. All SINGLE SHOT employees receive a W-2.

10. [redacted] set up SINGLE SHOT's account with ADP when the business opened around 2015. Initially ADP was set up to provide its tax service which includes collecting payroll taxes and remitting them to the government. After about one year after being opened, ADP reached out to either MCCORMICK or [redacted] and informed them that due to several instances of non-sufficient funds in SINGLE SHOT's bank account to pay payroll taxes, ADP is stopping its tax service.

11. [redacted] said that MCCORMICK "didn't have the money" to turn ADP's tax service back on and have them resume collecting and remitting payroll taxes.

12. MCCORMICK knew that the payroll taxes are not being paid. Over the years MCCORMICK told [redacted] that he needs to and intends to resume ADP's tax service but never got to it. [redacted] does not know why MCCORMICK never resumed ADP's tax service.

13. [redacted] remembers that MCCORMICK spoke with the former controller at Re:public, who also was a tax accountant, about the payroll taxes at SINGLE SHOT after ADP stopped its tax service. However, [redacted] does not know what came out of that conversation. The controller at Re:public has since passed away.

14. [redacted] said that SINGLE SHOT started "in the hole" due to over-budget buildout when the restaurant was initially opened. MCCORMICK had to establish payment plans with contractors who worked on the SINGLE SHOT buildout.

15. [redacted] said that around the same time when ADP stopped its tax service, SINGLE SHOT got behind on paying its taxes for Washington State Department of Revenue. MCCORMICK worked out a payment plan with the State and eventually paid the Washington State back.

16. MCCORMICK applied for a Payroll Protection Program (PPP) loan and an Economic Injury Disaster Loan (EIDL) for SINGLE SHOT. [redacted] helped categorize SINGLE SHOT's expenses and created payroll reports.

17. [redacted] did not apply for the PPP and EIDL loans for SINGLE SHOT. MCCORMICK signed all the paperwork and filed the application for these loans.

18. [redacted] said that she does not know if SINGLE SHOT is profitable.

19. There is a storage room behind SINGLE SHOT where MCCORMICK keeps records.

20. [redacted] does not know about MCCORMICK's lifestyle and does not know where he lives.

21. [redacted] said that she does not know anything about MCCORMICK personal tax matters.

22. [redacted]

[redacted]

24. [redacted]

25. MCCORMICK is not involved in the administrative or financial reporting aspect of Re:public and El Grito restaurants.

26. [redacted]

Agents thanked [redacted] for her time. The interview concluded at approximately 12:05 P.M. I prepared this memorandum on 9/10/2024, after refreshing my memory from notes made during and immediately after the interview with [redacted]



Sergiu Prisacari
Special Agent



Joe Lopez
Special Agent

# Exhibit C

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000326820 | **Location:** | 915 2nd Ave, Seattle, WA 91784 |
| **Investigation Name:** | MCCORMICK, RUADHRI | | |
| **Date:** | August 7, 2024 | | |
| **Time:** | Approximately 2:35 P.M. – 3:21 P.M. | | |
| **Participant(s):** | [redacted] Witness<br>Sergiu Prisacari, Special Agent<br>Garret Ball, Special Agent | | |

On the above date and approximate time, Special Agent Sergiu Prisacari (SA Prisacari) and Special Agent Garret Ball (SA Ball) interviewed [redacted] Agents introduced themselves as special agents with the Internal Revenue Service – Criminal Investigation (IRS-CI) and displayed their credentials. SA Prisacari informed [redacted] that the interview was in connection to a criminal investigation of SINGLE SHOT owned by MCCORMICK RUADHRI (MCCORMICK). [redacted] agreed to speak with agents and voluntarily provided or confirmed the following:

1. [redacted] date of birth is [redacted] 1970 and his social security number is [redacted] has a bachelor's degree from University of Colorado in public speaking and is a certified sommelier. [redacted] worked in the restaurant management and wine consulting his entire carrier. Due to family reasons, [redacted] has been unemployed since November of 2023.

2. [redacted] knew MCCORMICK for 20 years.

3. [redacted] was hired by MCCORMICK to help open SINGLE SHOT in 2014. [redacted] worked as the opening service manager and ran the wine program. [redacted] left SINGLE SHOT around 2016 because of MCCORMICK's drinking problem.

4. [redacted] has never been an investor or co-owner of SINGLE SHOT.

5. MCCORMICK had "no off switch" when it came to drinking. He stopped drinking around the time when he opened SINGLE SHOT but started drinking again. It became a problem. On one occasion his employees found MCCORMICK passed out on the storage unit in the back of SINGLE SHOT.

6. While at SINGLE SHOT, [redacted] would often work from about 1:00 P.M. till midnight, or as late as 2:00 A.M.

7. MCCORMICK was [redacted]s supervisor and the dining room manager. MCCORMICK would also serve.

8. [redacted] talks to and sees MCCORMICK every once in a while. [redacted] met MCCORMICK for a meal at SINGLE SHOT about three months ago. During this meeting MCCORMICK told [redacted] that he bought a second house on Vashon Island. [redacted] noticed that SINGLE SHOT was equipped with high end and very expensive appliances. [redacted] though that MCCORMICK spent over $500,000 on the house in Vashon Island, but MCCORMICK said that he spent way more than that.

9. MCCORMICK has a young son named D[redacted] and is in an on and off relationship with D[redacted]'s mother Rachel.

10. When at SINGLE SHOT [redacted] was paid every two weeks by check. MCCORMICK would place the paychecks in the drawer behind the bar and each employee would get their own paycheck. SINGLE SHOT used a payroll company to administer the payroll. MCCORMICK signed the paychecks.

11. When [redacted] was hired at SINGLE SHOT, he signed all the usual documents such as the Form W-2 and the Form I-9.

12. SINGLE SHOT employees also had a tip pool. [redacted] suspects that MCCORMICK might have taken money from the tip pool.

13. MCCORMICK paid all the bills. [redacted] might have used pre-signed paychecks by MCCORMICK, to buy wine for the restaurant.

14. [redacted] was the accountant and would stop by the restaurant every once in a while, to talk to MCCORMICK or pick up records. Something happened and [redacted] stopped coming to the restaurant.

15. MCCORMICK was the only one hiring and firing employees at SINGLE SHOT.

16. MCCORMICK did not have any other partners and was the only one running SINGLE SHOT.

17. MCCORMICK also co-owns Re-public and El Grito restaurants. Re-public does very well. MCCORMICK's Re-public partners might be silent, and he might be the one involved in the day-to-day operation of Re-public as well.

18. MCCORMICK leases a condo in the Olive tower.

19. MCCORMICK had a recurring drinking problem. He would often drink heavy for three to four days when nobody would hear from him.

20. MCCORMICK was born in Canada and possibly has a dual citizenship.

21. [redacted] never discussed taxes with MCCORMICK.

22. [redacted] looked up his contributions on the Social Security website and provided the agents a copy of the screen shot (image is attached to this memorandum).

23. [redacted] never received any notice from the IRS and was never audited.

24. Agents thanked [redacted] for his time. The interview concluded at approximately 3:21 P.M.

I prepared this memorandum on 8/9/2024, after refreshing my memory from notes made during and immediately after the interview with [redacted]

Sergiu Prisacari
Special Agent

Garret Ball
Special Agent

3:40 5G 77%

3:36 5G 85

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes. Learn more about Social Security's future at ssa.gov/ThereForMe.

## Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with my Social Security. **If you find an error**, view your full earnings record online and call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1981-1990 | $9,808 | $9,808 |
| 1991-2000 | $135,447 | $135,447 |
| 2001-2005 | $218,010 | $218,010 |
| 2006 | $59,721 | $59,721 |
| 2007 | $74,638 | $74,638 |
| 2008 | $77,641 | $77,641 |
| 2009 | $76,895 | $76,895 |
| 2010 | $30,842 | $30,842 |
| 2011 | $23,723 | $23,723 |
| 2012 | $65,231 | $65,231 |
| 2013 | $66,642 | $66,642 |
| 2014 | $25,415 | $25,415 |
| 2015 | $0 | $0 |
| 2016 | $3,007 | $3,007 |
| 2017 | $14,276 | $14,276 |
| 2018 | $45,461 | $45,461 |
| 2019 | $43,293 | $43,293 |
| 2020 | $8,043 | $8,043 |
| 2021 | $17,290 | $17,290 |
| 2022 | $66,676 | $66,676 |
| 2023 | $8,420 | $8,420 |

## Taxes Paid

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $64,560
Employer(s): $66,339

**Medicare taxes**
You paid: $15,502
Employer(s): $15,502

## Earnings Not Covered by Social Security

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at ssa.gov/gpo-wep .

## Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children may qualify for benefits.
- When you apply for either retirement or spousal benefits, you may be required to apply for both benefits at the same time.
- The age you claim benefits will affect your surviving spouse's benefit amount. For example, claiming benefits after your full retirement age may increase the *Spouse, if benefits start at full retirement age* amount on page 1; claiming early may reduce it.
- If you and your spouse both work, use the my Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- Learn more about benefits for you and your family at ssa.gov/benefits/retirement/planner/applying7.html .
- When you are ready to apply, visit ssa.gov/benefits/retirement/apply.html .
- The *Statement* is updated annually. It is available online, or by mail upon request.



secure.ssa.gov

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

## Memorandum of Interview

**Investigation #:** 1000326820
**Investigation Name:** MCCORMICK, RUADHRI
**Date:** August 6, 2024
**Time:** Approximately 10:45 A.M.
**Participant(s):** [redacted]
Sergiu Prisacari, Special Agent
Morgan Craft, Special Agent

**Location:** 12241 2nd PL SW, Seattle, WA 98146

On the above date and approximate time, Special Agent Sergiu Prisacari (SA Prisacari) and Special Agent Morgan Craft (SA Craft) interviewed [redacted] Agents introduced themselves as special agents with the Internal Revenue Service – Criminal Investigation (IRS-CI) and displayed their credentials. SA Prisacari informed [redacted] that the interview was in connection to a criminal investigation of SINGLE SHOT owned by MCCORMICK RUADHRI (MCCORMICK). [redacted] agreed to speak with agents and voluntarily provided or confirmed the following:

1. [redacted] is a stay-at-home mother of two small kids, her date of birth is [redacted] 1981 and her social security number is [redacted]. She does not use any other names. [redacted] has some college from the University of Idaho, but no actual degree.

2. MCCORMICK hired [redacted] to work as a server and a bartender at SINGLE SHOT. She has been working on and off approximately between 2015 through 2019. [redacted] started working four nights a week and then transitioned to eventually working only the brunch shift. She stopped working at SINGLE SHOT after the birth of her second child.

3. [redacted] is not an investor or co-owner of SINGLE SHOT.

4. MCCORMICK and [redacted] have a friendly relationship and talk from time to time.

5. [redacted] signed the usual documents such as a Form W-4 and Form I-9 and provided copies of her food handler's and liquor license when she was hired at SINGLE SHOT.

6. [redacted] received an hourly wage and also pooled tips. She received paychecks that were signed either by MCCORMICK or [redacted], the accountant for SINGLE SHOT.

7. [redacted] was paid regularly but can't remember how frequent.

8. [redacted] would stop by every once in a while, to pick up records from SINGLE SHOT and would sit at the bar. [redacted] stated she may have spoken to [redacted] while [redacted] was bartending, and [redacted] was sitting at the bar but could not recall specifics. Last time [redacted] saw [redacted] was about five years ago.

9. MCCORMICK owns SINGLE SHOT and was there most of the time. He is hands on with the business and was [redacted] supervisor.

10. In terms of the number of employees that worked at SINGLE SHOT, there were about two bartenders, four servers, and six employees working in the back.

11. SINGLE SHOT is a very small restaurant and there was no office space where MCCORMICK would keep records.

12. MCCORMICK also co-owns two other restaurants. MCCORMICK along with two other partners own Re-Public, MCCORMICK along with three other partners co-own El Grito restaurant. In terms of history, MCCORMICK with his business partners opened Re-Public first, then MCCORMICK opened SINGLE SHOT that he owns, and then MCCORMICK with his business partners opened El Grito. Re-Public's lease is about to expire and MCCORMICK along with his business partners are considering not to renew it.

13. MCCORMICK makes good money and all the restaurants are "not in red."

14. [redacted] never discussed taxes with MCCORMICK or [redacted].

15. [redacted] never received any tax notices from IRS.

16. During the interview [redacted] showed the agents the following records she found in the house. Agents took pictures and the pictures are attached to this PDF:

    a. W-2 for 2017 from SINGLE SHOT LLC, showing $20,107 in wages, $2,222.02 in Federal Income taxes withheld, $1,246.68 in Social Security taxes withheld, and $291.56 in Medicare taxes withheld.

    b. W-2 for 2021 from SINGLE SHOT LLC, showing $16,599 in wages, $1,558.75 in Federal Income taxes withheld, $1,029.15 in Social Security taxes withheld, and $240.69 in Medicare taxes withheld.

    c. W-2 for 2022 from SINGLE SHOT LLC, showing $2,173.99 in wages, $158.86 in Federal Income taxes withheld, $134.79 in Social Security taxes withheld, and $31.52 in Medicare taxes withheld.

    d. Pay stub for 11/27/2017 – 12/10/2017 showing $986.01 in gross pay.

e. Pay stub for 05/17/2021 – 05/30/2021 showing $963.50 in gross pay.

f. Pay stub for 06/14/2021 – 06/27/2021 showing $1,474.95 in gross pay.

g. Pay stub for 09/06/2021 – 09/19/2021 showing $955.56 in gross pay.

h. Pay stub for 09/20/2021 – 10/03/2021 showing $1,184.80 in gross pay.

i. Pay stub for 10/18/2021 – 10/31/2021 showing $744.36 in gross pay.

j. Pay stub for 11/01/2021 – 11/14/2021 showing $655.75 in gross pay.

k. Pay stub for 11/15/2021 – 11/28/2021 showing $874.57 in gross pay.

l. Pay stub for 11/29/2021 – 12/12/2021 showing $190.85 in gross pay.

m. Pay stub for 12/13/2021 – 12/26/2021 showing $518.91 in gross pay.

n. Pay stub for 12/27/2021 – 01/09/2021 showing $292.45 in gross pay.

o. Pay stub for 01/24/2022 – 02/06/2022 showing $656.36 in gross pay.

p. Pay stub for 02/07/2022 – 02/20/2022 showing $336.90 in gross pay.

q. Paycheck dated 07/02/2021 for $1,205.29 signed by MCCORMICK on a Key Bank NA bank account.

r. Paycheck dated 09/24/2021 for $790.02 signed by [redacted] written on a Key Bank NA bank account.

s. Paycheck dated 10/08/2021 for $972.90 signed by MCCORMICK on a Key Bank NA bank account.

t. Paycheck dated 11/05/2021 for $621.34 signed by MCCORMICK on a Key Bank NA bank account.

u. Paycheck dated 02/11/2022 for $552.54 signed by MCCORMICK on a Key Bank NA bank account.

v. Paycheck dated 02/25/2022 for $292.83 signed by MCCORMICK written on a Key Bank NA bank account.

17. [redacted] logged into her Social Security account and showed the agents the summary of taxes Social Security and Medicare earnings. Agents noted that there were no earnings reported to the Social Security for 2020, 2017, and 2016 tax years. [redacted] was very surprised and upset that she did not see any earnings reported for those years when she worked at SINGLE SHOT.

18. [redacted] provided us with the following contact information of other SINGLE SHOT employees we can speak with:

    a. [redacted]

    [redacted]

19. Agents thanked [redacted] for her time. The interview concluded at approximately 11:21 A.M.

I prepared this memorandum on 8/7/2024, after refreshing my memory from notes made during and immediately after the interview with [redacted]

Sergiu Prisacari
Special Agent

Morgan Craft
Special Agent

Pictures of pay stubs, pay checks, W2, and picture of the social security account statement provided by [redacted]



| Work Year | Taxed Social Security Earnings | Taxed Medicare Earnings |
|---|---|---|
| 2023 | $1,491 | $1,491 |
| 2022 | $19,765 | $19,765 |
| 2021 | $17,163 | $17,163 |
| 2020 | $0 | $0 |
| 2019 | $12,330 | $12,330 |
| 2018 | $1,048 | $1,048 |
| 2017 | $0 | $0 |
| 2016 | $0 | $0 |
| 2015 | $15,132 | $15,132 |
| 2014 | $32,540 | $32,540 |
| 2013 | $33,025 | $33,025 |
| 2012 | $31,214 | $31,214 |
| 2011 | $45,939 | $45,939 |
| 2010 | $45,954 | $45,954 |
| 2009 | $41,479 | $41,479 |
| 2008 | $34,167 | $34,167 |
| 2007 | $23,122 | $23,122 |
| 2006 | $15,130 | $15,130 |
| 2005 | $11,888 | $11,888 |
| 2004 | $2,122 | $2,122 |
| 2003 | $1,843 | $1,843 |
| 2002 | $7,571 | $7,571 |
| 2001 | $2,899 | [illegible] |
| 2000 | $3,720 | [illegible] |
| 1999 | $4,323 | $4,323 |

# Exhibit D

# 2021 W-2 and EARNINGS SUMMARY

ADP

**W-2** Employee Reference Copy
Wage and Tax Statement **2021**
OMB No. 1545-0008
Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000089 RV/RTW | | | A 9 |

c Employer's name, address, and ZIP code
SINGLE SHOT LLC
611 SUMMIT AVE E
SEATTLE, WA 98102

Batch #92210

e/f Employee's name, address, and ZIP code
[redacted]

| | |
|---|---|
| b Employ[redacted]mber | a Employee's SSA number XXX-XX-[redacted] |
| 1 Wages, [redacted]mp. 37555.35 | 2 Federal income tax withheld 4755.95 |
| 3 Social security wages 12123.45 | 4 Social security tax withheld 2328.43 |
| 5 Medicare wages and tips 37555.35 | 6 Medicare tax withheld 544.55 |
| 7 Social security tips 25431.90 | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 |
|---|---|---|---|
| Gross Pay | 37,555.35 | 37,555.35 | 37,555.35 |
| **Less** Soc.Sec.Tips Reported in Box 7 | N/A | 25,431.90 | N/A |
| **Reported W-2 Wages** | **37,555.35** | **12,123.45** | **37,555.35** |

**2. Employee Name and Address.**

[redacted]

© 2021 ADP, Inc.

| | |
|---|---|
| 1 Wages, tips, other comp. 37555.35 | 2 Federal income tax withheld 4755.95 |
| 3 Social security wages 12123.45 | 4 Social security tax withheld 2328.43 |
| 5 Medicare wages and tips 37555.35 | 6 Medicare tax withheld 544.55 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000089 RV/RTW | | | A 9 |

c Employer's name, address, and ZIP code
SINGLE SHOT LLC
611 SUMMIT AVE E
SEATTLE, WA 98102

| | |
|---|---|
| b Employ[redacted]mber | a Employee's SSA number XXX-XX-[redacted] |
| 7 Social security tips 25431.90 | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
[redacted]

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

**W-2** Federal Filing Copy
Wage and Tax Statement **2021**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.


| | |
|---|---|
| 1 Wages, tips, other comp. 37555.35 | 2 Federal income tax withheld 4755.95 |
| 3 Social security wages 12123.45 | 4 Social security tax withheld 2328.43 |
| 5 Medicare wages and tips 37555.35 | 6 Medicare tax withheld 544.55 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000089 RV/RTW | | | A 9 |

c Employer's name, address, and ZIP code
SINGLE SHOT LLC
611 SUMMIT AVE E
SEATTLE, WA 98102

| | |
|---|---|
| b Employ[redacted]umber | a Employee's SSA number XXX-XX-[redacted] |
| 7 Social security tips 25431.90 | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
[redacted]

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |


**W-2** State Reference Copy
Wage and Tax Statement **2021**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.


| | |
|---|---|
| 1 Wages, tips, other comp. 37555.35 | 2 Federal income tax withheld 4755.95 |
| 3 Social security wages 12123.45 | 4 Social security tax withheld 2328.43 |
| 5 Medicare wages and tips 37555.35 | 6 Medicare tax withheld 544.55 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000089 RV/RTW | | | A 9 |

c Employer's name, address, and ZIP code
SINGLE SHOT LLC
611 SUMMIT AVE E
SEATTLE, WA 98102

| | |
|---|---|
| b Employ[redacted]umber | a Employee's SSA number XXX-XX-[redacted] |
| 7 Social security tips 25431.90 | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
[redacted]

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |


**W-2** City or Local Reference Copy
Wage and Tax Statement **2021**
OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.

#457-9

# Exhibit E

MBOX Emails

[redacted]

Record 2

| | |
|---|---|
| Tags | Evidence |
| To | "rory@republicseattle.com" <rory@republicseattle.com> |
| From | [redacted] |
| Date/Time - UTC+00:00 (M/d/yyyy) | 9/15/2017 7:19:53.000 PM |
| Subject | Single Shot Financials, Payroll Taxes and Tax Returns |

| | |
|---|---|
| Body | Hi there,<br><br>I want to push you on this stuff :)<br><br>Every payroll is about 5600-6000 owed for taxes - it's what was withheld from the employees check plus the taxes the business owes.<br><br>Are you able to start having ADP pay and file the payroll taxes again? They would collect for L&I and Emp Security each payroll so probably another 500 on top of the federal taxes. This last payroll it was 6100 for both state and federal liability<br><br>You should probably have a conversation with Dan about this. He may have some insight on how this will happen with the IRS and the best approach to take with them (having a payment plan of action already in place and seeing if they will agree to it, etc)<br><br>Can you get a full statement of all liability, interest, penalties and payments to both L&I and Employment Security? The department of revenue is working on one for sales tax. We need to get those straightened out in QB<br><br>We also need to figure out something for your books and get the tax returns done. You and I need to sit down and go through stuff without other distractions ?? Let's pick a time to start. We will just have to guess on some stuff and maybe Dan can amend the returns later if needed.<br><br>Please start having you kitchen manager and bar managers coding the check stubs (just the ones for the food and beverage invoices). I can get them entered each week. They just need to code to the food accounts and bar account. I just entered the ones in the book today - I put a / over the ones I entered. some I didn't know.<br><br>let me know a good time you can meet. |
| Folder Name | All mail Including Spam and Trash |

| | |
|---|---|
| Headers | x-forefront-prvs: 0431F981D8<br>x-forefront-antispam-report: SFV:NSPM;SFS:(7070007)(98901004);DIR:OUT;SFP:1901;SCL:1;SRVR:BY2NAM03HT014;H:MWHPR1001MB2208.namprd10.prod.outlook.com;FPR:;SPF:None;LANG:;<br>spamdiagnosticoutput: 1:99<br>spamdiagnosticmetadata: NSPM<br>Content-Type: multipart/alternative; boundary="_000_MWHPR1001MB220895260BFD41F78C864B69DD6C0MWHPR1001MB2208_"<br>MIME-Version: 1.0<br>X-OriginatorOrg: hotmail.com<br>X-MS-Exchange-CrossTenant-originalarrivaltime: 15 Sep 2017 19:19:53.2394 (UTC)<br>X-MS-Exchange-CrossTenant-fromentityheader: Internet<br>X-MS-Exchange-CrossTenant-id: 84df9e7f-e9f6-40af-b435-aaaaaaaaaaaa<br>X-MS-Exchange-Transport-CrossTenantHeadersStamped: BY2NAM03HT014 |
| Source | • 326820_GoogleRef_82103367 - Sep 04 2025 163559.zip\H\326820_MCCORM\Google\MCCORMICK RETURN \ruadhri.mccormick@gmail.com.950460119393.Mail.Messages_001.001.zip\Mail\All mail Including Spam and Trash.mbox |
| Location | • File Offset 8317845368 |
| Evidence number | • 326820_GoogleRef_82103367 |
| Recovery method | • Parsing |
| Item ID | 63053 |

# Exhibit F

[redacted]

Record 51

| | |
|---|---|
| Tags | Evidence |
| To | "rory@republicseattle.com" <rory@republicseattle.com> |
| From | [redacted] |
| Date/Time - UTC+00:00 (M/d/yyyy) | 10/18/2017 10:45:59.000 PM |
| Subject | Sit down with CPA Dan |
| Body | Hey let's have a meeting with CPA Dan and get him up to date on everything from the unpaid payroll taxes to how we might be able to fix the account and get your tax returns done.<br><br>We could try to do it down at Republic next Wednesday. I want to work on Grito that day and will be here<br><br>Let me know! |
| Folder Name | All mail Including Spam and Trash |

# Exhibit G

## Appendix F
## Summary of Disposition of Funds
## SINGLE SHOT LLC

| Tax Period | Casino Expenses | House Purchase and Renovation Expenses | Travel Expenses | Cash Withdrawals | Total | Exhibits | | | |
|---|---|---|---|---|---|---|---|---|---|
| 201909 | $8,284 | | $6,797 | $47,000 | $62,081 | (F-1) | | (F-3) | (F-4) |
| 201912 | | | $1,697 | $30,800 | $32,497 | | | (F-3) | (F-4) |
| 202003 | $10,527 | | | $6,700 | $17,227 | (F-1) | | | (F-4) |
| 202006 | | | $3,682 | | $3,682 | | | (F-3) | |
| 202009 | $19,665 | | $3,310 | $21,800 | $44,775 | (F-1) | | (F-3) | (F-4) |
| 202012 | | | | $12,000 | $12,000 | | | | (F-4) |
| 202103 | | | | $19,700 | $19,700 | | | | (F-4) |
| 202106 | | | $3,600 | $65,590 | $69,190 | | | (F-3) | (F-4) |
| 202109 | | | | $8,000 | $8,000 | | | | (F-4) |
| 202112 | $7,195 | $54,845 | $2,495 | $28,500 | $93,035 | (F-1) | (F-2) | (F-3) | (F-4) |
| 202203 | $15,583 | $132,604 | | $12,329 | $160,516 | (F-1) | (F-2) | | (F-5) |
| 202206 | $15,709 | $38,517 | $3,974 | $11,000 | $69,200 | (F-1) | (F-2) | (F-3) | (F-5) |
| 202209 | $5,350 | | $1,725 | $13,500 | $20,575 | (F-1) | | (F-3) | (F-5) |
| 202212 | $9,630 | $39,347 | | $5,500 | $54,477 | (F-1) | (F-2) | (F-3) | (F-5) |
| 202303 | $8,387 | $23,619 | | $5,000 | $37,006 | (F-1) | (F-2) | | (F-5) |
| 202306 | $24,338 | $59,670 | $4,444 | $16,000 | $104,452 | (F-1) | (F-2) | (F-3) | (F-5) |
| 202309 | | $35,234 | $3,042 | $27,000 | $65,276 | | (F-2) | (F-3) | (F-5) |
| 202312 | | $15,983 | $3,511 | $14,000 | $33,494 | | (F-2) | (F-3) | (F-5) |
| **Total** | **$124,668** | **$399,819** | **$38,277** | **$344,419** | **$907,183** | | | | |

# Exhibit H

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Conversation

**Investigation #:** 1000326820
**Investigation Name:** MCCORMICK, RUADHRI
**Date:** July 23, 2024
**Time:** Approximately 2:49 PM
**Participant(s):** MCCORMICK RUADHRI, Subject
Sergiu Prisacari, Special Agent

1. On the above date and approximate time, Special Agent Sergiu Prisacari (SA Prisacari) received a phone call from MCCORMICK RUADHRI (MCCORMICK). During the phone call the following was discussed:

2. MCCORMICK stated that he got SA Prisacari's number from a business card that was left at the door of his residence at [redacted], Vashon, WA.

3. SA Prisacari introduced himself as a Special Agent with the IRS-CI.

4. SA Prisacari informed MCCORMICK that he is the subject of a criminal investigation relating to allegations of employment tax fraud at his business, SINGLE SHOT LLC.

5. MCCORMICK said that he wants to come into the IRS-CI Seattle Field office for an interview and that he will call to schedule a meeting.

6. SA Prisacari told MCCORMICK that there were several summonses that were served that morning and that MCCORMICK will receive three notifications in the mail from summonses that were served, and a summons to him personally. SA Prisacari told MCCORMICK to call if there are any questions.

I prepared this memorandum on July 30, 2024.

Sergiu Prisacari
Sergiu Prisacari
Special Agent