The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUADHRI McCORMICK,

Defendant.

CASE NO. CR26-0131-KKE

DEFENDANT'S RESPONSE TO PLAINTIFF'S SENTENCING MEMORANDUM

On October 19, 2026, Plaintiff United States of America filed its Sentencing Memorandum in this matter. ECF No. 19 ("U.S. Sent. Memo."). In its Memorandum, Plaintiff discussed amounts spent by Mr. McCormick during the years 2019 to 2023 on certain categories of personal expenses. Plaintiff submits this response to briefly address some of those categories, namely, cash withdrawals and casino expenses.[1]

Plaintiff's Sentencing Memorandum and supporting summary illustrate that from July 2019 through December 2023, Mr. McCormick withdrew $344,419 of cash from the business's bank account. U.S. Sent. Memo. 9, Ex. G. Plaintiff states that "investigators could not trace" (presumably) where the cash went.

[1] Plaintiff's Sentencing Memo also contends Mr. McCormick had "casino expenses" during the period of $124,668. U.S. Sent. Memo. 9, Ex. G. However, this figure represents only the amounts spent on chips and does not account for amounts cashed out, which Mr. McCormick would typically deposit back into the business bank account. When taking into account the cash outs, Plaintiff's purported "casino expenses" amount is overstated by at least $60,000. *See* accompanying declaration of Jason A. Harn, Exs. A–C.

Submitted herewith is the Declaration of Rachael Dlugolecki ("Dlugolecki Decl."), the mother of Mr. McCormick's eight-year-old son, D.M. As Ms. Dlugolecki provides in her declaration, Mr. McCormick has provided financial support for her and their son since D.M.'s birth, which included the period from July 2019 to December 2023. Dlugolecki Decl. ¶ 5. On average, Mr. McCormick paid Ms. Dlugolecki $5,000/month (among other occasional amounts for support). *Id.* Throughout the period, Mr. McCormick would typically provide Mr. Dlugolecki this financial support in the form of cash. *Id.* at 6. Accordingly, over the 54 months spanning July 2019 to December 2023 at $5,000/month, Mr. McCormick provided approximately $270,000 to Ms. Dlugolecki for her and D.M.'s financial support, typically in cash.

Plaintiff's Sentencing Memo also contends Mr. McCormick had "casino expenses" during the period of $124,668. U.S. Sent. Memo. 9, Ex. G. However, this figure represents only the amounts spent on chips and does not account for amounts cashed out, which Mr. McCormick would typically deposit back into the business bank account. When taking into account the cash outs, Plaintiff's purported "casino expenses" amount is overstated by at least $60,000. *See* accompanying Declaration of Jason A. Harn, Exs. A–C.

Defendant does not intend that the foregoing should minimize his responsibility for failing to collect and pay over Single Shot's employment taxes but merely wishes to provide some clarification on what was done with the funds.

Respectfully submitted this 23rd day of October, 2026.

COLVIN + HALLETT, P.S.

/s/ Jason A. Harn
Jason A. Harn, WSBA #54017
719 Second Avenue, Suite 711
Seattle, WA 98104
T: (206) 223-0800
F: (206) 467-8170

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Lauren Watts Staniar and Seth Wilkinson, Assistant United States Attorneys, Western District of Washington. I also emailed a copy of this filing to Tyler Muise, Senior United States Probation Officer, United States Probation Western District of Washington.

/s/ Jason A. Harn
Jason A. Harn, WSBA #54017
719 Second Avenue, Suite 711
Seattle, WA 98104
T: (206) 223-0800
F: (206) 467-8170
E: jharn@colvinhallettlaw.com

*Attorney for Defendant*