The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUADHRI McCORMICK,<br>Defendant. | CASE NO. CR26-0131-KKE<br><br>DECLARATION OF<br>RACHAEL DLUGOLECKI |

**DECLARATION OF RACHAEL DLUGOLECKI**

I, Rachael Dlugolecki, hereby declare as follows:

1. I am over the age of eighteen and make this declaration based on personal knowledge of the facts upon which I testify.

2. I have known the Defendant Ruadhri "Rory" McCormick for almost 20 years.

3. Rory is the father of my son, D.M., who is currently eight years old.

4. D.M. primarily lives with me, but he stays with Rory two or three days a week.

5. Since D.M.'s birth, Rory has provided financial support for me and our son, which typically is $5,000 a month plus other occasional amounts when needed.

6. Though Rory now routinely pays support to me by check, this did not start until around two years ago. Prior to that, Rory would typically provide me and D.M. financial support in cash.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of October, 2026, in Seattle, Washington.

Rachael Dlugolecki

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Lauren Watts Staniar and Seth Wilkinson, Assistant United States Attorneys, Western District of Washington. I also emailed a copy of this filing to Tyler Muise, Senior United States Probation Officer, United States Probation Western District of Washington.

/s/ Jason A. Harn

Jason A. Harn, WSBA #54017
719 Second Avenue, Suite 711
Seattle, WA 98104
T: (206) 223-0800
F: (206) 467-8170
E: jharn@colvinhallettlaw.com

*Attorney for Defendant*