The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUADHRI McCORMICK,<br>Defendant. | CASE NO. CR26-0131-KKE<br><br>DECLARATION OF<br>JASON A. HARN |

**DECLARATION OF JASON A. HARN**

I, Jason A. Harn, hereby declare as follows:

1. I am over the age of eighteen and make this declaration based on personal knowledge of the facts upon which I testify.

2. Attached as **Exhibit A** is Snoqualmie Casino's cage transaction report, tab entitled "Redeemed Chips" for Mr. McCormick, which was provided in discovery by Plaintiff at bates no. USA-00343229 in its native Excel format.

3. Attached as **Exhibit B** are Tulalip Casino's annual net win/loss reports for Mr. McCormick for the years 2019 to 2023, which were provided to me by Plaintiff's counsel in this matter Lauren Watts Staniar, Assistant United States Attorney for the Western District of Washington.

4. Attached as **Exhibit C** is Appendix F-1, Disposition of Funds – Casino Expenses, to the IRS Special Agent's Report in this matter, which was provided in discovery by Plaintiff at bates no. USA-00004254 and underlies the "Casino Expenses" column of the "Summary of Disposition of Funds" summary spreadsheet filed in this matter as Exhibit G to Plaintiff's Sentencing Memorandum.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October, 2026, in Seattle, Washington.

Jason A. Harn

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Lauren Watts Staniar and Seth Wilkinson, Assistant United States Attorneys, Western District of Washington. I also emailed a copy of this filing to Tyler Muise, Senior United States Probation Officer, United States Probation Western District of Washington.

/s/ Jason A. Harn

Jason A. Harn, WSBA #54017
719 Second Avenue, Suite 711
Seattle, WA 98104
T: (206) 223-0800
F: (206) 467-8170
E: jharn@colvinhallettlaw.com

*Attorney for Defendant*