# EXHIBIT A

| Gaming Date | Trans. Date | Patron No. | Last Name | First Name | Cash Out | Trans. Type | Distinctive Attire | Trans. Source | UserID | Trx Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/2020 | 7/5/2020 6:05:00 PM | 332620 | MCCORMICK | RUADHRI | $5,225.00 | RC | white polo shirt, jeans 7/5 | RA_ManualKeyed | sshaw | Cage |
| 7/18/2021 | 7/18/2021 9:01:00 PM | 332620 | MCCORMICK | RUADHRI | $4,350.00 | RC | glasseslight blue t shirt 7-18Blue jeans | RA_ManualKeyed | kmin | Main Cage 3 |
| 8/22/2021 | 8/22/2021 7:26:00 PM | 332620 | MCCORMICK | RUADHRI | $5,800.00 | RC | white jacketblack shirtblack pants | RA_ManualKeyed | kmin | Main Cage 2 |
| 10/7/2021 | 10/7/2021 10:25:00 PM | 332620 | MCCORMICK | RUADHRI | $3,410.00 | RC | Blue maskGlassesBlack jacket | RA_ManualKeyed | sgates | Cage |

# EXHIBIT B

## Tulalip Gaming Organization
## Player's Estimated Win/Loss for 2019

| Month | Net Win/Loss |
|---|---|
| Jan. 2019 | ($4,800.00) |
| Apr. 2019 | $3,470.00 |
| Aug. 2019 | ($9,000.00) |
| Nov. 2019 | ($250.00) |
| 2019 Totals: | ($10,580.00) |

PLWINLOS 2019

Doc #:
Acct: [redacted]0210
RUADHRI MCCORMICK
Player Loss:($10,580.00)

The casino is not responsible for the accuracy of this estimate. Ask your tax advisor if you have questions about deducting gaming losses on your tax return.

RUADHRI MCCORMICK
737 OLIVE WAY APT 250
Seattle WA 98101

Player Loss:
Acct: [redacted]0210($10,580.00)

Player Signature

TRC OTHR TBOOTH TOPS 2566 9/27/2024 1 9/27/2024 2:01 PM 11336653651 TBOOTH 9/27/2024 11336653651

**Tulalip Gaming Organization**
**Player's Estimated Win/Loss for 2020**

PLWINLOS 2020

Doc #:
Acct: [redacted]0210
RUADHRI MCCORMICK
Player Loss:($6,600.00)

| Month | Net Win/Loss |
|---|---|
| Jan. 2020 | ($6,600.00) |
| 2020 Totals: | ($6,600.00) |

The casino is not responsible for the accuracy of this estimate. Ask your tax advisor if you have questions about deducting gaming losses on your tax return.

RUADHRI MCCORMICK
737 OLIVE WAY APT 250
Seattle WA 98101

Player Loss:
Acct: [redacted]0210($6,600.00)

Player Signature

**TRC OTHR TBOOTH TOPS 2566 9/27/2024 1 9/27/2024 2:01 PM 11336653658 TBOOTH 9/27/2024 11336653658**

**Tulalip Gaming Organization**
**Player's Estimated Win/Loss for 2021**

PLWINLOS 2021

Doc #:
Acct: [redacted]0210
RUADHRI MCCORMICK
$0.00

| Month | Net Win/Loss |
|---|---|
| | $0.00 |

RUADHRI MCCORMICK
737 OLIVE WAY APT 250
Seattle WA 98101

Acct: [redacted]0210 $0.00

The casino is not responsible for the accuracy of this estimate. Ask your tax advisor if you have questions about deducting gaming losses on your tax return.

Player Signature

TRC OTHR TBOOTH TOPS 2566 9/27/2024 1 9/27/2024 2:02 PM 11336653671 TBOOTH 9/27/2024 11336653671

## Tulalip Gaming Organization
## Player's Estimated Win/Loss for 2022

| Month | Net Win/Loss |
|---|---|
| Feb. 2022 | ($1,500.00) |
| May. 2022 | ($10,700.00) |
| Jul. 2022 | ($1,400.00) |
| Sep. 2022 | $2,120.00 |
| Oct. 2022 | $600.00 |
| Dec. 2022 | ($2,800.00) |
| 2022 Totals: | ($13,680.00) |

PLWINLOS 2022

Doc #:

Acct: [redacted]0210

RUADHRI MCCORMICK

Player Loss:($13,680.00)

The casino is not responsible for the accuracy of this estimate. Ask your tax advisor if you have questions about deducting gaming losses on your tax return.

RUADHRI MCCORMICK
737 OLIVE WAY APT 250
Seattle WA 98101

Player Loss:

Acct: [redacted]0210($13,680.00)

Player Signature

TRC OTHR TBOOTH TOPS 2566 9/27/2024 1 9/27/2024 2:02 PM 11336653683 TBOOTH 9/27/2024 11336653683

**Tulalip Gaming Organization**
**Player's Estimated Win/Loss for 2023**

PLWINLOS 2023

Doc #:
Acct: [redacted]0210
RUADHRI MCCORMICK
Player Loss:($7,250.00)

| Month | Net Win/Loss |
|---|---|
| Mar. 2023 | $375.00 |
| May. 2023 | $250.00 |
| Jun. 2023 | ($7,875.00) |
| 2023 Totals: | ($7,250.00) |

The casino is not responsible for the accuracy of this estimate. Ask your tax advisor if you have questions about deducting gaming losses on your tax return.

RUADHRI MCCORMICK
737 OLIVE WAY APT 250
Seattle WA 98101

Player Loss:
Acct: [redacted]0210($7,250.00)

Player Signature

**TRC OTHR TBOOTH TOPS 2566 9/27/2024 1 9/27/2024 2:02 PM 11336653709 TBOOTH 9/27/2024 11336653709**

# EXHIBIT C

MCCORMICK, RUADHRI
CASE # 1000326820

## Appendix F-1
### Disposition of Funds - Casino Expenses
### Single Shot LLC

| | | | Tax Periods | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction | Account | 201909 | 202003 | 202009 | 202112 | 202203 | 202206 | 202209 | 202212 | 202303 | 202306 | Exhibits | |
| 8/12/2019 | Tulalip Resort | [redacted]5663 | $5,177 | | | | | | | | | | (WKey-01-001) | (WKey-01-002(36)) |
| 8/12/2019 | Tulalip Resort | [redacted]5663 | $3,107 | | | | | | | | | | (WKey-01-001) | (WKey-01-002(36)) |
| 1/3/2020 | Tulalip Resort | [redacted]5663 | | $5,177 | | | | | | | | | (WKey-01-001) | (WKey-01-002(65)) |
| 1/3/2020 | Tulalip Resort | [redacted]003 | | $5,350 | | | | | | | | | (WAmex-001) | (WAmex-002(74)) |
| 7/6/2020 | Snoqualmie Casino | [redacted]5663 | | | $5,153 | | | | | | | | (WKey-01-001) | (WKey-01-002(90)) |
| 7/6/2020 | Snoqualmie Casino | [redacted]5663 | | | $3,093 | | | | | | | | (WKey-01-001) | (WKey-01-002(90)) |
| 7/5/2020 | Snoqualmie Casino | [redacted]001 | | | $3,112 | | | | | | | | (WAmex-001) | (WAmex-002(161)) |
| 7/5/2020 | Snoqualmie Casino | [redacted]001 | | | $2,083 | | | | | | | | (WAmex-001) | (WAmex-002(161)) |
| 7/18/2021 | Snoqualmie Casino | [redacted]009 | | | $3,112 | | | | | | | | (WAmex-001) | (WAmex-002(333)) |
| 7/18/2021 | Snoqualmie Casino | [redacted]009 | | | $3,112 | | | | | | | | (WAmex-001) | (WAmex-002(333)) |
| 10/7/2021 | Snoqualmie Casino | [redacted]009 | | | | $5,112 | | | | | | | (WAmex-001) | (WAmex-002(357)) |
| 12/2/2021 | Snoqualmie Casino | [redacted]009 | | | | $2,083 | | | | | | | (WAmex-001) | (WAmex-002(389)) |
| 1/18/2022 | Snoqualmie Casino | [redacted]009 | | | | | $3,112 | | | | | | (WAmex-001) | (WAmex-002(410)) |
| 1/18/2022 | Snoqualmie Casino | [redacted]009 | | | | | $3,112 | | | | | | (WAmex-001) | (WAmex-002(410)) |
| 2/8/2022 | Tulalip Resort | [redacted]5663 | | | | | $1,037 | | | | | | (WKey-01-001) | (WKey-01-002(177)) |
| 2/10/2022 | Tulalip Resort | [redacted]5663 | | | | | $3,210 | | | | | | (WKey-01-001) | (WKey-01-002(177)) |
| 3/5/2022 | Snoqualmie Casino | [redacted]009 | | | | | $5,112 | | | | | | (WAmex-001) | (WAmex-002(428)) |
| 4/19/2022 | Snoqualmie Casino | [redacted]009 | | | | | | $5,112 | | | | | (WAmex-001) | (WAmex-002(459)) |
| 5/31/2022 | Tulalip Resort | [redacted]5663 | | | | | | $5,350 | | | | | (WKey-01-001) | (WKey-01-002(189)) |
| 5/31/2022 | Tulalip Resort | [redacted]5663 | | | | | | $3,107 | | | | | (WKey-01-001) | (WKey-01-002(189)) |
| 5/16/2022 | Tulalip Resort | [redacted]009 | | | | | | $2,140 | | | | | (WAmex-001) | (WAmex-002(477)) |
| 9/11/2022 | Tulalip Resort | [redacted]002 | | | | | | | $5,350 | | | | (WAmex-001) | (WAmex-002(534)) |
| 10/11/2022 | Tulalip Resort | [redacted]002 | | | | | | | | $5,350 | | | (WAmex-001) | (WAmex-002(556)) |
| 12/8/2022 | Tulalip Resort | [redacted]002 | | | | | | | | $4,280 | | | (WAmex-001) | (WAmex-002(591)) |
| 1/30/2023 | Tulalip Resort | [redacted]002 | | | | | | | | | $3,210 | | (WAmex-001) | (WAmex-002(607)) |
| 3/29/2023 | Tulalip Resort | [redacted]5663 | | | | | | | | | $5,177 | | (WKey-01-001) | (WKey-01-002(239)) |
| 4/14/2023 | Muckleshoot Indian Casino | [redacted]002 | | | | | | | | | | $5,354 | (WAmex-001) | (WAmex-002(661)) |
| 5/22/2023 | Tulalip Resort | [redacted]5663 | | | | | | | | | | $5,350 | (WKey-01-001) | (WKey-01-002(248)) |
| 5/27/2023 | Tulalip Resort | [redacted]002 | | | | | | | | | | $5,350 | (WAmex-001) | (WAmex-002(680)) |
| 6/7/2023 | Tulalip Resort | [redacted]5663 | | | | | | | | | | $5,177 | (WKey-01-001) | (WKey-01-002(253)) |
| 6/7/2023 | Tulalip Resort | [redacted]5663 | | | | | | | | | | $3,107 | (WKey-01-001) | (WKey-01-002(253)) |
| | | | $8,284 | $10,527 | $19,665 | $7,195 | $15,583 | $15,709 | $5,350 | $9,630 | $8,387 | $24,338 | | |

IRS-CI
SA SERGIU PRISACARI